UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JERRY SMITH | : | Case No 2:16-CV-0671 |
| Plaintiff, | : | Judge: Marbley |
| | : | Magistrate Judge: Kemp |
| v. | : | |
| | : | **AGREED ORDER OF DISMISSAL** |
| CSX TRANSPORTATION, et al. | : | |
| Defendants. | : | |

This matter having come before the Court upon agreement of the parties, and being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that all claims of the Plaintiff, Jerry Smith, against the Defendants are **DISMISSED** with prejudice pursuant to a settlement agreement. Each party to bear their own costs.

SO ORDERED this 9th day of January, 2019.

_____
Judge

HAVING SEEN AND AGREED:

_____
Robert E. Myers (pro hac vice)
Lawrence A. Katz (pro hac vice)
Coffey Kaye Myers & Olley
Two Bala Plaza, Suite 718
Bala Cynwyd, PA 19004
*Counsel for Plaintiff Jerry Smith*

/s/ R. Morgan Salisbury
Judd R. Uhl (0071370)
R. Morgan Salisbury (pro hac vice)
LEWIS, BRISBOIS, BISGAARD & SMITH
909 Wright's Summit Parkway, Suite 230
Ft. Wright, KY 41011
*Attorney for Defendants/Third-Party Plaintiffs Fritz-Rumer-Cooke Co., Inc. and CSX Transportation*